**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6414

MICHAEL T. WISE,

Plaintiff - Appellant,

v.

LEXINGTON COUNTY SHERIFF'S DEPARTMENT; JAMES E. HARRIS, Major,
in his individual and official capacity; CAPTAIN QUIG, in his
individual and official capacity; LIEUTENANT JONES, in his
individual and official capacity; JAMES METTS, Sheriff, LCSD,

Defendants - Appellees,

v.

LEXINGTON COUNTY DETENTION CENTER,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cv-01842-RBH)

Submitted:  June 19, 2008            Decided:  June 25, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael T. Wise, Appellant Pro Se.  William Henry Davidson, II, Daniel C. Plyler, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Wise appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wise v. Lexington County Sheriff's Dep't, No. 4:06-cv-01842-RBH (D.S.C. Feb. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED